No. 128, Misc. UNITED STATES EX REL. JAMES *v.* RAGEN, WARDEN; and

No. 129, Misc. UNITED STATES EX REL. MANCIONE *v.* RAGEN, WARDEN. June 10, 1946. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 131, Misc. POPE *v.* CHIEF JUSTICE AND ASSOCIATE JUDGES OF THE COURT OF CLAIMS. June 10, 1946. The motion for leave to file a petition for writ of mandamus is denied.

No. 1306. UYEKI *v.* STYER, COMMANDING GENERAL. June 10, 1946. A petition for writ of certiorari having been granted in this case, *post,* p. 832, it is ordered that all further proceedings in this matter be stayed pending the final disposition of this case by this Court.

No. 1124. SCHREFFLER, DOING BUSINESS AS SCHREFFLER STEEL & SUPPLY CO., ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. See *post,* p. 870.

No. 973. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. *v.* AGNEW ET AL. April 29, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General McGrath* and *George B. Vest* for petitioners. *Hugh H. Obear* for respondents.